IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PATRICK MCINTOSH,

    Plaintiff,

    v.

CIVIL ACTION FILE
NO. 1:18-CV-344-TWT

UNNAMED DEFENDANT,

    Defendant.

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action under 28 U. S. C. § 1915(g). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 21 day of February, 2018.

                    /s/Thomas W. Thrash
                    THOMAS W. THRASH, JR.
                    United States District Judge